UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>PABLO SANCHEZ-MAGALLON,<br><br>        Defendant. | No. CR-03-2073-FVS<br><br>ORDER QUASHING WARRANT AND CLOSING FILE |

**BEFORE THE COURT** is the Government's Motion to Quash Arrest Warrant and to Close File **(Ct. Rec. 34)**. Based upon the information set forth in the Government's motion, the Court finds good cause to grant the motion to quash the arrest warrant and close this file.

**IT IS HEREBY ORDERED:**

The Government's Motion to Quash the Arrest Warrant and close this file **(Ct. Rec. 34) is GRANTED.**

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel and close this file.

**DATED** this ___29th___ day of March, 2011.

             s/ Fred Van Sickle            
                  Fred Van Sickle
        Senior United States District Judge

ORDER QUASHING WARRANT AND CLOSING FILE- 1